UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

IN THE MATTER OF:
Randolph Hospital, Inc.                                    Case No: B-20-10247
    Debtor

**NOTICE OF OPPORTUNITY TO SERVE ON CREDITORS COMMITTEE**

Section 1102 of the Bankruptcy Code under Chapter 11 Reorganization requires the Court, as soon as practical, to appoint a committee of creditors holding unsecured claims. Such a committee provides a means for the unsecured creditors to be represented and have a voice during a Chapter 11 case and to have input regarding the kind of treatment that is provided for the unsecured creditors in the plan of reorganization in the case.

**The Bankruptcy Code expressly provides that the Unsecured Creditors Committee may employ a lawyer to represent and advise the Committee at the expense of the bankruptcy estate, not the individual members of the Committee. Service on a Committee is neither unduly burdensome nor time consuming. The Committee's lawyer can handle representation of the Committee at most court hearings without the necessity for individual committee members to be present. Meetings of the Committee frequently are conducted by telephonic means without the Committee members having to travel. To the extent that Committee members are called upon to attend hearings or meetings of the Committee, the Bankruptcy Code provides for the Committee members to be reimbursed for reasonable expenses incurred in attending hearings or Committee meetings.**

The committee ordinarily consists of at least three persons who are willing to serve. The committee may be limited to seven persons/entities responding who hold the largest claims. The twenty largest claims according to the information in this case are as follows:

| NAME OF CREDITOR | ADDRESS | AMOUNT OF CLAIM |
|---|---|---|
| Howmedica Osteonics Corporation<br>Attn: Managing Agent, Officer, Director<br>aka Stryker Orthopaedics<br>325 Corporate Drive<br>Mahwah, NJ 07430 | Howmedica Osteonics Corporation<br>Attn: Managing Agent, Officer, Director<br>aka Stryker Orthopaedics<br>325 Corporate Drive<br>Mahwah, NJ 07430 | $350,714.28 |
| Mckesson Corporation<br>Attn: Managing Agent, Officer, Director<br>1950 Stemmons Fwy 5010<br>Dallas, Tx 75207 | Mckesson Corporation<br>Attn: Managing Agent, Officer, Director<br>1950 Stemmons Fwy 5010<br>Dallas, Tx 75207 | $339,097.14 |
| Medtronic, Inc.<br>Spinal and Biologics Division<br>Attn: Managing Agent, Officer, Director<br>2600 Sofamor Danek Drive<br>Memphis, Tn 38132 | Medtronic, Inc.<br>Spinal and Biologics Division<br>Attn: Managing Agent, Officer, Director<br>2600 Sofamor Danek Drive<br>Memphis, Tn 38132 | $293,399.44 |

| | | |
|---|---|---|
| Cardinal Health 200, Inc. Attn: Managing Agent, Officer, Director 1430 Waugekan Rd Mcgaw Park, Il. 60085 | Cardinal Health 200, Inc. Attn: Managing Agent, Officer, Director 1430 Waugekan Rd Mcgaw Park, Il. 60085 | $286,134.38 |
| Trimedx, Inc. Attn: Managing Agent, Officer, Director 5451 Lakeview Parkway S Drive Indianapolis,In 46268 | Trimedx, Inc. Attn: Managing Agent, Officer, Director 5451 Lakeview Parkway S Drive Indianapolis,In 46268 | $250,365.99 |
| Stryker Instruments Corporation Attn: Managing Agent, Officer, Director 2825 Airview Blvd Kalamazoo, MI 49002 | Stryker Instruments Corporation Attn: Managing Agent, Officer, Director 2825 Airview Blvd Kalamazoo, MI 49002 | $136,242.07 |
| Organogenesis, Inc. Attn: Managing Agent, Officer, Director 150 Dan Road Canton, RI 02021 | Organogenesis, Inc. Attn: Managing Agent, Officer, Director 150 Dan Road Canton, RI 02021 | $90,645.00 |
| Arthrex, INC. Attn: Managing Agent, Officer, Director 2885 South Horseshoe Dr. Naples, FL 34104 | Arthrex, INC. Attn: Managing Agent, Officer, Director 2885 South Horseshoe Dr. Naples, FL 34104 | $83,336.25 |
| Canopy Partners, Inc. Attn: Managing Agent, Officer, Director 1331 N Elm Street Ste 200 Greensboro, NC 27401 | Canopy Partners, Inc. Attn: Managing Agent, Officer, Director 1331 N Elm Street Ste 200 Greensboro, NC 27401 | $72,241.27 |
| Sanofi Pasteur, Inc. Attn: Managing Agent, Officer, Director Discovery Drive Swiftwater, PA 18370 | Sanofi Pasteur, Inc. Attn: Managing Agent, Officer, Director Discovery Drive Swiftwater, PA 18370 | $70,904.49 |

| | | |
|---|---|---|
| Boston Scientific Corporation<br>Attn: Managing Agent, Officer, Director<br>One Boston Scientific Place<br>Natick, MA 01760 | Boston Scientific Corporation<br>Attn: Managing Agent, Officer, Director<br>One Boston Scientific Place<br>Natick, MA 01760 | $61,382.68 |
| Healogics Wound Care Hyperbaric<br>Attn: Managing Agent, Officer, Director<br>P.O. Box 551187<br>Jacksonville, FL 32255 | Healogics Wound Care Hyperbaric<br>Attn: Managing Agent, Officer, Director<br>P.O. BOX 551187<br>Jacksonville, FL 32255 | $61,071.91 |
| American Red Cross<br>Attn: Managing Agent, Officer, Director<br>P.O. Box 905890<br>Charlotte, NC 28290 | American Red Cross<br>Attn: Managing Agent, Officer, Director<br>P.O. Box 905890<br>Charlotte, NC 28290 | $57,279.00 |
| Virtual Neurology LLC<br>Attn: Managing Agent, Officer, Director<br>9110 College Pointe Ct<br>Fort Myers, FL 33919 | Virtual Neurology LLC<br>Attn: Managing Agent, Officer, Director<br>9110 College Pointe Ct<br>Fort Myers, FL 33919 | $53,690.00 |
| Central Carolina Surgery, PA.<br>Attn: Managing Agent, Officer, Director<br>1002 North Church Street, Suite 302<br>Greensboro, NC 27401 | Central Carolina Surgery, PA.<br>Attn: Managing Agent, Officer, Director<br>1002 North Church Street, Suite 302<br>Greensboro, NC 27401 | $53,000.00 |
| Biomerieux, Inc.<br>Attn: Managing Agent, Officer Director<br>100 Rodolphe Street<br>Durham, NC 27712 | Biomerieux, Inc.<br>Attn: Managing Agent, Officer Director<br>100 Rodolphe Street<br>Durham, NC 27712 | $48,115.45 |

| | | |
|---|---|---|
| US Foods, Inc.<br>Attn: Managing Agent, Officer, Director<br>9399 W Higgins Road<br>Suite 500<br>Rosemont, IL 60018 | US Foods, Inc.<br>Attn: Managing Agent, Officer, Director<br>9399 W Higgins Road<br>Suite 500<br>Rosemont, IL 60018 | $44,491.91 |
| Accusite Surgical Services, Inc.<br>Attn: Managing Agent, Officer, Director<br>700 Oak Street<br>Gainesville, CA 30501 | Accusite Surgical Services, Inc.<br>Attn: Managing Agent, Officer, Director<br>700 Oak Street<br>Gainesville, CA 30501 | $47,498.52 |
| Duke Energy Progress, Inc.<br>Attn: Managing Agent, Officer, Director<br>P.O. BOX 1003<br>Charlotte, NC 28201 | Duke Energy Progress, Inc.<br>Attn: Managing Agent, Officer, Director<br>P.O. BOX 1003<br>Charlotte, NC 28201 | $46,127.00 |
| Deputy Ortho Johnson & Johnson<br>Attn: Managing Agent, Officer, Director<br>700 Orthopaedic Drive<br>Warsaw In. 46582 | Deputy Ortho Johnson & Johnson<br>Attn: Managing Agent, Officer, Director<br>700 Orthopaedic Drive<br>Warsaw In. 46582 | $49,476.65 |

    Please promptly furnish to the Court the name of your duly authorized representative (employee) who will represent you (or your company) on this committee. You should also indicate the representative's mailing address, telephone number, e-mail address, and official relationship to you (the creditor).

    Please make your responses in care of William P. Miller, U. S. Bankruptcy Administrator, Attn: Ms. Gattis, 101 S. Edgeworth Street, Greensboro, N. C. 27401, by facsimile at 336-291-9913, or via e-mail at susan_gattis@ncmba.uscourts.gov within ten days from the date of this notice. As committee members must be willing to serve, if no reply is received at that time, the creditor will NOT be appointed to the committee. An organizational meeting will be scheduled after the committee is appointed. DO NOT FILE PROOFS OF CLAIMS WITH THIS OFFICE.

    Date: March 9, 2020

                              U. S. BANKRUPTCY ADMINISTRATOR
                   BY:     s/Susan O. Gattis
                              Bankruptcy Analyst