**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**GREENSBORO DIVISION**

| | |
|---|---|
| In Re:<br><br>RANDOLPH HOSPITAL, INC. d/b/a<br>RANDOLPH HEALTH,<br><br>Debtors[1] | Chapter 11<br><br>Case No. 20-10247 |

**MOTION FOR ADMISSION OF BORIS I. MANKOVETSKIY *PRO HAC VICE***

Pursuant to LBR 2091-1, Spilman Thomas & Battle, PLLC, by the undersigned counsel, who is a member of this Court, respectfully moves for admission of Boris I. Mankovetskiy ("Movant") *pro hac vice* for the purpose of appearing for the Official Committee of Unsecured Creditors of Randolph Hospital (the "Committee") in these cases. In support of the Motion, based upon the Certification of Boris I. Mankovetskiy submitted herewith, counsel shows as follows:

1. Movant is a resident of New Jersey and a Member of the law firm Sills Cummis & Gross PC, proposed co-counsel for the Committee in these cases. Movant's office is located at One Riverfront Plaza, Newark, NJ 07102 (telephone: 973-643-7000).

2. Movant is a member in good standing of the New Jersey and New York state bars and the bar of the District of Columbia, and is admitted to practice before the state courts of New Jersey (admitted 2001) and New York (admitted 2008), the courts of the District of Columbia (admitted 2007), the United States District Court for the District of New Jersey (admitted 2001), and the United States District Courts for the Southern and Eastern Districts of New York (admitted

---

[1] The Debtors are Randolph Hospital, Inc. d/b/a Randolph Health, Case No. 20-10247; Randolph Specialty Group Practice, Case No. 20-10248; MRI of Asheboro, LLC d/b/a Randolph MRI Center, Case No. 20-10249.

2008). Movant's New Jersey bar number is 042731991, Movant's New York bar number is 2479475, and Movant's District of Columbia bar number is 975077.

3. Movant has not been and is not currently the subject of any disciplinary action by any court or administrative body of record.

4. During the last three years, Movant has filed one motion to appear *pro hac vice* before this Court in *In re Morehead Memorial Hospital*, Case No. 17-10775. Movant has not filed any other motions to be admitted *pro hac vice* in any other court within the state of North Carolina within the last three years.

5. Movant has read and is familiar with the provisions of the Local Rules of this Court, the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure, and the Federal Rules of Evidence.

6. Movant submits to the disciplinary jurisdiction of this Court for any misconduct in connection with these cases.

7. Movant appears with Rayford K. Adams III, a member of the law firm of Spilman Thomas & Battle, PLLC, which maintains offices at 110 Oakwood Dr., Winston-Salem, NC 27103. Mr. Adams is admitted to the bar of the United States District Court for the Middle District of North Carolina.

**WHEREFORE**, Movant respectfully requests that the Court enter an Order admitting Boris I. Mankovetskiy to appear before the Court *pro hac vice* in these cases.

Dated: April 1, 2020.

        **SPILMAN THOMAS & BATTLE, PLLC**

        /s/ Rayford K. Adams III
        Rayford K. Adams, III
        N.C. State Bar No. 8622
        110 Oakwood Drive, Suite 500
        Winston-Salem, North Carolina 27103
        Telephone: (336)-725-4710
        Facsimile: (336)-725-4476
        Email: tadams@spilmanlaw.com
        *Proposed Co-Counsel for the Committee*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**GREENSBORO DIVISION**

| | |
|---|---|
| IN RE:<br><br>RANDOLPH HOSPITAL, INC. d/b/a<br>RANDOLPH HEALTH,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10247 |

**CERTIFICATION OF BORIS I. MANKOVETSKIY**

I, Boris I. Mankovetskiy, certify as follows:

1. I am a resident of New Jersey and a Member of the law firm Sills Cummis & Gross P.C., proposed co-counsel for the Committee in these cases. My office is located at One Riverfront Plaza, Newark, NJ 07102 (telephone: 973-643-7000).

2. I am a member in good standing of the New Jersey and New York state bars and the bar of the District of Columbia, and am admitted to practice before the state courts of New Jersey (admitted 2001) and New York (admitted 2008), the courts of the District of Columbia (admitted 2007), the United States District Court for the District of New Jersey (admitted 2001), and the United States District Courts for the Southern and Eastern Districts of New York (admitted 2008). My New Jersey bar number is 042731991, my New York bar number is 2479475, and my District of Columbia bar number is 975077.

3. I have not been and am not currently the subject of any disciplinary action by any court or administrative body of record.

4. During the last three years, I have filed one motion to appear *pro hac vice* before this Court in *In re Morehead Memorial Hospital*, Case No. 17-10775. I have not filed any other

motions to be admitted *pro hac vice* in any other court within the state of North Carolina within the last three years.

5. I have read and am familiar with the provisions of the Local Rules of this Court, the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure, and the Federal Rules of Evidence.

6. I submit to the disciplinary jurisdiction of this Court for any misconduct in connection with these cases.

Dated: April 1, 2020.

/s/ Boris I. Mankovetskiy
Boris I. Mankovetskiy
One Riverfront Plaza
Newark, NJ 07102
Telephone: 973-643-7000
Facsimile: 973-643-6500
Email: bmankovetskiy@sillscummis.com
*Proposed Co-Counsel for the Committee*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**GREENSBORO DIVISION**

| | |
|---|---|
| IN RE:<br><br>RANDOLPH HOSPITAL, INC. d/b/a<br>RANDOLPH HEALTH<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10247 |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing ***MOTION FOR ADMISSION OF BORIS I. MANKOVETSKIY PRO HAC VICE*** was filed electronically in accordance with the local rules and was served upon those listed in Exhibit A on the date set forth by first class mail, email, or electronic service through CM/ECF.

Dated: April 1, 2020.

/s/ Rayford K. Adams III
Rayford K. Adams III
N.C. State Bar No. 8622
SPILMAN THOMAS & BATTLE, PLLC
110 Oakwood Drive, Suite 500
Winston-Salem, North Carolina 27103
Telephone: (336) 725-4710
Facsimile: (336)725-4476
Email: tadams@spilmanlaw.com
*Proposed Co-Counsel for the Official Committee of Unsecured Creditors*