# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# GREENSBORO DIVISION

| | | |
|---|---|---|
| In Re: | ) ) | Chapter 11 |
| Randolph Hospital, Inc. d/b/a Randolph Health, | ) ) | Case No. 20-10247 (LMJ) |
| Debtors[1] | ) ) ) | **(Jointly Administered)** |
| | ) | **Ref. Docket Nos. 69** |

## MASTER SERVICE LIST
## (as of March 19, 2020)[i]

---

[1] The Debtors are Randolph Hospital, Inc. d/b/a Randolph Health, Case No. 20-10247; Randolph Specialty Group Practice, Case No. 20-10248; and MRI of Asheboro, LLC d/b/a Randolph MRI Center, Case No. 20-10249.

EXHIBIT A

ACCUSITE SURGICAL SERVICES INC.
700 OAK STREET
GAINESVILLE, CA  30501
EMAIL: MFLESTER@ACCUSITESURGICAL.COM

AMERICAN RED CROSS
P.O. BOX 905890
CHARLOTTE, NC  28290
EMAIL: SUPPORT@REDCROSSTRAINING.ORG;
OMBUDSMAN@REDCROSS.ORG

ARTHREX, INC.
2885 SOUTH HORSESHOE DR
NAPLES, FL  34104
EMAIL: WEBMASTER@ARTHREX.COM;
LISA.GARDINER@ARTHREX.COM

BIOMERIEUX, INC.
100 RODOLPHE STREET
DURHAM, NC  27712
EMAIL: TINA.ALSING@BIOMERIEUX.COM

BOSTON SCIENTIFIC CORPORATION
ONE BOSTON SCIENTIFIC PLACE
NATICK, MA  01760
EMAIL: KATE.HARANIS@BSCI.COM

BRANCH BANKING AND TRUST CO AS CUSTODIAN
BB&T INSTITUTIONAL SERVICES TRUST OPS
223 W. NASH ST.
WILSON, NC  27893
EMAIL: CORPORATETRUSTINQUIRIES@BBANDT.COM

CANOPY PARTNERS, INC.
1331 N ELM STREET STE 200
GREENSBORO, NC  27401
EMAIL: SERVICEDESK@CANOPY-PARTNERS.COM

CARDINAL HEALTH 200, INC
1430 WAUGEKAN RD
MCGAW PARK, IL  60085
EMAIL: BRADLEY.LUCHENE@CARDINALHELATH.COM;
KEVIN.MORAN@CARDINALHEALTH.COM

CENTRAL CAROLINA SURGERY, PA.
1002 NORTH CHURCH STREET
SUITE 302
GREENSBORO, NC  27401

DEPUY ORTHO - JOHNSON & JOHNSON
700 ORTHOPAEDIC DRIVE
WARSAW, IN  46582
EMAIL: RA-DPYUS-CUSTOMER@ITS.JNJ.COM;

| | |
|---|---|
| DUKE ENERGY PROGRESS INC<br>P.O. BOX 1003<br>CHARLOTTE, NC  28201<br>EMAIL: DDENTON@DUKE-ENERGY.COM | HEALOGICS WOUND CARE HYPERBARIC<br>P.O. BOX 551187<br>JACKSONVILLE, FL  32255<br>EMAIL: MEDRECORDS@HEALOGICS.COM |
| HOWMEDICA OSTEONICS CORPORATION<br>AKA STRYKER ORTHOPAEDICS<br>325 CORPORATE DRIVE<br>MAHWAH, NJ  07430<br>EMAIL: OPENSOURCEREQUEST@STRYKER.COM;<br>MEDIARELATIONS@STRYKER.COM | INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>1500 PENNSYLVANIA AVENUE NW<br>WASHINGTON, DC  20220<br>EMAIL: SPECIALMASTEREXECCOMP@TREASURY.GOV |
| INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA  19101-7346 | JON BARRY & ASSOCIATES, INC.<br>216 LE PHILLIP CT.<br>CONCORD, NC  28025<br>EMAIL: PRGACCOUNTING@PRGMAIL.COM |
| KEMBERTON HEALTHCARE SERVICES LLC<br>501 CORPORATE CENTRE DRIVE<br>STE 600<br>FRANKLIN, TN  37067<br>EMAIL: INFO@KEMBERTON.NET | LABORATORY CORPORATION OF AMERICA<br>P.O. BOX 65123<br>CHARLOTTE, NC  28265 |
| MCGUIREWOODS LLP<br>(COUNSEL TO BANC OF AMERICA LEASING & CAPITAL,LLC)<br>ATTN: BRITT RICKS<br>201 NORTH TRYON STREET, SUITE 3000<br>CHARLOTTE, NC  28202<br>EMAIL: svaughn@mcguirewoods.com;<br>bricks@mcguirewoods.com | MCKESSON CORPORATION<br>1950 STEMMONS FWY 5010<br>DALLAS, TX  75207<br>EMAIL: BOARDCHAIR@MCKESSON.COM;<br>NONMANAGEMENTDIRECTORS@MCKESSON.COM;<br>THERESE.MUGGE@MCKESSON.COM |

| | |
|---|---|
| MEDTRONIC, INC.<br>SPINAL AND BIOLOGICS DIVISION<br>2600 SOFAMOR DANEK DRIVE<br>MEMPHIS, TN  38132<br>EMAIL: RACHAEL.SCHERER@MEDTRONIC.COM;<br>ROB.CLARK@MEDTRONIC.COM | NELSON MULLINS RILEY & SCARBOROUGH L.L.P.<br>(COUNSEL TO THE DEBTORS)<br>ATTN: DYLAN G. TRACHE<br>WASHINGTON, DC  20001<br>EMAIL: dylan.trache@nelsonmullins.com |
| NELSON MULLINS RILEY & SCARBOROUGH LLP<br>(COUNSEL TO THE DEBTORS)ATTN: JODY A. BEDENBAUGH,<br>GRAHAM S. MITCHELL<br>1320 MAIN STREET, 17TH FLOOR<br>COLUMBIA, SC  29201<br>EMAIL: Jody.bedenbaugh@nelsonmullins.com;<br>graham.mitchell@nelsonmullins.com | NEXSEN PRUET, PLLC<br>(COUNSEL TO RANDOLPH COUNTY BOARD OF<br>COMMISSIONERS & CITY OF ASHEBORO)<br>ATTN: CHRISTINE L MYATT<br>POST OFFICE BOX 3463<br>GREENSBORO, NC  27402<br>EMAIL: cmyatt@nexsenpruet.com |
| NORTH CAROLINA DEPARTMENT OF REVENUE<br>501 N WILMINGTON ST<br>RALEIGH, NC  27604 | NORTH CAROLINA DEPT HEALTH & HUMAN SVCS<br>DIVISION OF MEDICAL ASSISTANCE<br>ATTN: GENERAL COUNSEL<br>2001 MAIL SERVICE CENTER<br>RALEIGH, NC  27699-2001 |
| ORGANOGENESIS, INC.<br>150 DAN ROAD<br>CANTON, RI  02021<br>EMAIL: ALOWE@ORGANO.COM;<br>CUSTOMERSUPPORT@ORGANO.COM | OSIRIS THERAPEUTICS, INC.<br>7015 ALBERT EINSTEIN DRIVE<br>COLUMBIA, MD  21046<br>EMAIL: CUSTOMERCARE.LARGO@SMITH-NEPHEW.COM;<br>OSIRIS-ACCOUNTSRECEIVABLE@SMITH-NEPHEW.COM |
| PENSION BENEFIT GUARANTY CORPORATION<br>P.O. BOX 151750<br>ALEXANDRIA, VA  22315<br>EMAIL: MYPENSION@PBGC.GOV; ASKANATTY@PBGC.GOV | PREMIER, INC.<br>ATTN: LAURI BINI, CORPORATE COUNSEL<br>13034 BALLANTYNE CORP PLACE, 3RD FLOOR<br>CHARLOTTE, NC  28277<br>EMAIL: LAURI_BINI@PREMIERINC.COM |

| | |
|---|---|
| SANOFI PASTEUR INC<br>DISCOVERY DRIVE<br>SWIFTWATER, PA  18370<br>EMAIL: CUSTOMERSUPPORT@SANOFI.COM;<br>SERIALIZATION24@SANOFI.COM | SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN COUNSEL, REGION IV<br>61 FORSYTH STREET, SW, STE 20T45<br>ATLANTA, GA  30303 |
| STERIS INSTRUMENT MANAGEMENT SERVICES<br>3316 2ND AVE NORTH<br>BIRMINGHAM, AL  03522<br>EMAIL: STERISIMS_ENQUIRIES@STERIS.COM | STRYKER INSTRUMENTS CORPORATION<br>2825 AIRVIEW BLVD<br>KALAMAZOO, MI  49002<br>EMAIL: OPENSOURCEREQUEST@STRYKER.COM;<br>MEDIARELATIONS@STRYKER.COM |
| THE MOSES H. CONE MEMORIAL HOSPITAL<br>1200 N ELM STREET<br>GREENSBORO, NC  27401<br>EMAIL: HIM.REQUESTS@CONEHEALTH.COM | TRIMEDX INC<br>5451 LAKEVIEW PARKWAY S DRIVE<br>INDIANAPOLIS, IN  46268<br>EMAIL: INFO@TRIMEDX.COM |
| TROUTMAN SANDERS LLP<br>(COUNSEL TO FLAGSHIP ASHEBORO ASC, LLC<br>AND BROYHILL ASHEBORO ASC, LLC)<br>ATTN: AMY PRITCHARD WILLIAMS<br>301 SOUTH COLLEGE STREET, SUITE 3400<br>CHARLOTTE, NC  28202<br>EMAIL: amy.williams@troutman.com | TUGGLE DUGGINS P.A.<br>(COUNSEL TO CENTRAL CAROLINA SURGERY, P.A.)<br>ATTN: JENNIFER P. HIMES, ESQ.<br>100 N. GREENE STREET, SUITE 600 (27401)<br>PO BOX 2888<br>GREENSBORO, NC  27402<br>EMAIL: JHimes@tuggleduggins.com |
| U.S. SECURITIES AND EXCHANGE COMMISSION<br>OFFICE OR REORGANIZATION<br>950 EAST PACES FERRY ROAD, SUITE 900<br>ATLANTA, GA  30326-1382 | UNC HOSPITALS<br>PATIENT ACCOUNT SERVICES<br>ATTN: BANKRUPTCY COORDINATOR<br>211 FRIDAY CENTER DRIVE<br>CHAPEL HILL, NC  27517 |

| | |
|---|---|
| UNC PHYSICIANS & ASSOCIATES<br>ATTN: BANKRUPTCY COORDINATOR<br>P.O. BOX 168<br>CHAPEL HILL, NC  27514 | US ATTORNEY FOR THE MIDDLE DIST OF NC<br>ATTN MATTHEW G.T. MARTIN<br>101 SOUTH EDGEWORTH STREET, 4TH FLOOR<br>GREENSBORO, NC  27401 |
| US BANKRUPTCY ADMINISTRATOR<br>101 W EDGEWORTH ST STE 500<br>GREENSBORO, NC  27401<br>EMAIL: ROBERT_E_PRICE@NCMBA.USCOURTS.GOV | US FOODS INC<br>9399 W HIGGINS ROAD<br>SUITE 500<br>ROSEMONT, IL  60018<br>EMAIL: RECRUITINGTEAM@USFOODS.COM |
| VERSALUS HEALTH, LLC<br>17 CAMPUS BOULEVARD<br>SUITE 200<br>NEWTOWN SQUARE, PA  19073 | VIRTUAL NEUROLOGY LLC<br>9110 COLLEGE POINTE CT<br>FORT MYERS, FL  33919 |
| WALDREP LLP<br>(COUNSEL TO THE MOSES H. CONE MEMORIAL HOSPITAL OPERATING CORPORATION)<br>ATTN: THOMAS W. WALDREP, JR.<br>101 SOUTH STRATFORD ROAD, SUITE 210<br>WINSTON-SALEM, NC  27104<br>EMAIL: notice@waldrepllp.com | |