## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
## GREENSBORO DIVISION

| | | |
|---|---|---|
| In Re: | ) | CASE NO. 20-10247 |
| | ) | |
| Randolph Hospital, Inc. d/b/a Randolph Health, | ) ) | CHAPTER 11 |
| | ) | |
| Debtors.[1] | ) | |

### NOTICE OF HEARING ON DEBTORS' MOTION FOR AN ORDER (I) APPROVING DISCLOSURE STATEMENT; (II) ESTABLISHING FORMS AND PROCEDURES FOR SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT THE PLAN; (III) ESTABLISHING DEADLINE AND PROCEDURES FOR FILING OBJECTIONS TO THE CONFIRMATION OF THE PLAN; AND (IV) GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that a hearing (the "Hearing") to consider the *Debtors' Motion for an Order (I) Approving Disclosure Statement; (II) Establishing Forms and Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan; (III) Establishing Deadline and Procedures for Filing Objections to the Confirmation of the Plan; and (IV) Granting Related Relief* [Dkt. No. 683] (the "Motion") filed by the above-captioned Debtors (the "Movant") on the 3rd day of February, 2021 in the above bankruptcy case of Randolph Hospital, Inc. d/b/a Randolph Health (the "Debtor") shall be held electronically before the United States Bankruptcy Court for the Middle District of North Carolina (the "Bankruptcy Court") on **March 4, 2020 at 9:30 a.m. (Eastern Time).** To participate, please dial (866) 434-5269 and use access code 2732206.

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the relief requested in the Motion must be in writing, conform to the Federal Rules of Bankruptcy Procedure, the Local Rules of the Bankruptcy Court, and the procedures described in the *Final Order Implementing Certain Notice and Case Management Procedures* [Dkt. No. 134] (the "Case Management Order") entered by the Bankruptcy Court on April 2, 2020. Any responses or

---

[1] The Debtors are Randolph Hospital, Inc. d/b/a Randolph Health, Case No. 20-10247; MRI of Asheboro, LLC d/b/a Randolph MRI Center, Case No. 20-10249; and Randolph Specialty Group Practice, Case No. 20-10248.

1

objections shall be served in an accordance with the Case Management Order upon all parties on the Master Service List (as that term is defined in the Case Management Order) and the Movant.

Any response must be filed and served so as to be received no later than seven (7) calendar days before the Hearing Date (the "Objection Deadline"). If you mail your request or response, you must mail it early enough so the parties will receive it on or before the Objection Deadline. If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Respectfully submitted, this 3rd day of February, 2021.

**HENDREN, REDWINE & MALONE, PLLC**

s/Rebecca F. Redwine
Jason L. Hendren (NC State Bar 26869)
Rebecca F. Redwine (NC State Bar 37012)
Benjamin E.F.B. Waller (NC State Bar 27680)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: (919) 420-7867
Facsimile: (919) 420-0475
Email: jhendren@hendrenmalone.com
rredwine@hendrenmalone.com
bwaller@hendrenmalone.com

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

Jody A. Bedenbaugh D.S.C. ID No. 9210
Graham S. Mitchell D.S.C. ID No. 11763
1320 Main Street / 17th Floor
Post Office Box 11070 (29211)
Columbia, SC 29201
Telephone: (803) 799-2000
Facsimile: (803) 256-7500
Jody.Bedenbaugh@nelsonmullins.com
graham.mitchell@nelsonmullins.com

CO-COUNSEL FOR THE DEBTORS-IN-POSSESSION