## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of May 2021, the foregoing Notice of Appearance and Request for Electronic Notice for United States Government Attorney Patricia A. Lauch was served via the Court's CM/ECF system on the following as well as all other parties registered to receive CM/ECF notices from the Court concerning this case:

| | |
|---|---|
| **Jody Alan Bedenbaugh**<br>**Graham S. Mitchell**<br>Nelson Mullins Riley & Scarborough LLP<br>1320 Main St, 17th FL<br>Columbia, SC 29201<br><br>*Debtors' Counsel*<br>*via CM/ECF* | **Jason L. Hendren**<br>**Rebecca F. Redwine**<br>**Benjamin E.F.B. Waller**<br>Hendren Redwine & Malone, PLLC<br>4600 Marriott Drive, Suite 150<br>Raleigh, NC 27612<br><br>*Debtors' Counsel*<br>*via CM/ECF* |
| **William P. Miller**<br>101 South Edgeworth Street<br>Greensboro, NC 27401<br><br>*Bankruptcy Administrator*<br>*via CM/ECF* | **Terri L. Gardner**<br>Nelson Mullins Riley & Scarborough, LLP<br>Glenlake 1, Ste 200<br>4140 Parklake Ave<br>Raleigh, NC 27612<br><br>*Debtors' Counsel*<br>*via CM/ECF* |
| **Dylan Gillespie Trache**<br>Nelson Mullins Riley & Scarborough, LLP<br>101 Constitution Ave NW, Ste 900<br>Washington, DC 20001<br><br>*Debtors' Counsel*<br>*via CM/ECF* | |

/s/ Patricia A. Lauch
Patricia A. Lauch